IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAURECE KAVEL,

    Petitioner,

v.                                                         Civ. No. 09-958 WJ/RLP

ANTHONY ROMERO, Warden, *et al.*,

    Respondents.

## ORDER

THIS MATTER comes before the Court on Petitioner's Motion to Appoint Counsel. Appointment of counsel in a collateral habeas proceeding is discretionary absent exceptional circumstances. *Swazo v. Wyoming Dept. of Corrections*, 23 F.3d 332, 333 (10th Cir. 1994). The Court has reviewed the petition for writ of habeas corpus and Petitioner's subsequent motions and finds that he is ably representing himself and that no exceptional circumstances exist to warrant appointment of counsel.

IT IS THEREFORE ORDERED that Petitioner's Motion to Appoint Counsel [Doc. 11] is denied.

IT IS SO ORDERED.

                                                                Richard L. Puglisi
                                                                United States Magistrate Judge